IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

FELMAN PRODUCTION, INC.,
a Delaware corporation,

        Plaintiff,

v.                                           CIVIL ACTION NO. 3:09-cv-0481
                                                  (Judge Robert C. Chambers)

INDUSTRIAL RISK INSURERS,
WESTPORT INSURANCE COMPANY, and
SWISS REINSURANCE AMERICA
CORPORATION,

        Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Felman Production, Inc. and Defendants Industrial Risk Insurers, Westport Insurance Company and Swiss Reinsurance America Corporation, through their respective undersigned counsel, hereby stipulate that they are dismissing all of their claims and counterclaims asserted in this matter against one another *with prejudice* pursuant to Fed. R. Civ. P. 41(a).

Dated:  November 17, 2011        Respectfully submitted,

                                            FELMAN PRODUCTION, INC.

                                            BY COUNSEL

                                            /s/ S. Benjamin Bryant
                                            S. Benjamin Bryant, Esq. (WVSB #520)
                                            Michael W. Carey, Esq. (WVSB #635)
                                            Carey, Scott, Douglas & Kessler, PLLC
                                            707 Virginia Street, East
                                            901 Chase Tower
                                            PO Box 913
                                            Charleston, West Virginia 25323

Tel.: (304) 345-1234
Fax: (304) 342-1105
E-mail: mwcarey@csdlawfirm.com
sbbryant@csdlawfirm.com


James E. Gray, Esq. (admitted *pro hac vice*)
Mark D. Maneche, Esq. (admitted *pro hac vice*)
David S. Gray, Esq. (admitted *pro hac vice*)
Venable LLP
750 E. Pratt Street, Suite 900
Baltimore Maryland 21202
Tel.: (410) 244-7400
Fax: (410) 244-7742
E-mail: jegray@venable.com
mdmaneche@venable.com
dsgray@venable.com


Michael K. Madden, Esq. (admitted *pro hac vice*)
Edwin M. Larkin, Esq. (admitted *pro hac vice*)
Venable LLP
1270 Avenue of the Americas
25th Floor
New York, New York 10020
Tel.: (212) 307-5500
Fax: (212) 307-5598
E-mail:mkmadden@venable.com
emlarkin@venable.com


INDUSTRIAL RISK INSURERS,
WESTPORT INSURANCE COMPANY, and
SWISS REINSURANCE AMERICA
CORPORATION

BY COUNSEL

/s/ William R. Slicer
William R. Slicer (WVSB # 5177)
Christopher J. Sears (WVSB # 8095)
Heather B. Osborn (WVSB # 9074)
Jason Wandling (WVSB # 9259)
John F. McCuskey (WVSB # 2431)

2

Shuman, McCuskey & Slicer, PLLC
1411 Virginia Street, East
Suite 200
P.O. Box 3953
Charleston, WV 25339-3953
wslicer@shumanlaw.com
csears@shumanlaw.com
hosborn@shumanlaw.com
jwandling@shumanlaw.com
jmccuskey@shumanlaw.com

Robert W. Fisher (admitted *pro hac vice*)
James V. Chin (admitted *pro hac vice*)
James A. Kitces (admitted *pro hac vice*)
Jane E. Warring (admitted *pro hac vice*)
William H. Stanhope (admitted *pro hac vice*)
Jonathan D. Mutch (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Suite 2200
Atlanta, GA 30309-3453
rwfisher@rkmc.com
jvchin@rkmc.com
jakitces@rkmc.com
jewarring@rkmc.com


APPROVED:


_____
ROBERT C. CHAMBERS
United States District Judge